

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR07-1336-AHM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>*Bruno Lopez*<br>        Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A. (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

See PSR Report
_____
_____
_____

(B) ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11-4-11

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE